

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2022

**MEMORANDUM ENDORSED**

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 29, 2022

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

      Re:     **Zinnamon v. Harbor Marinas, LLC**
             **Case #:  1:22-cv-08000-GHW**

Dear Judge Woods:

    We represent the plaintiff in the above matter, and write to respectfully request that the initial conference currently scheduled for January 6, 2023, be adjourned. This is the first request to adjourn the initial conference.

    Plaintiff brings this class-action civil rights action claim pursuant to Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 1281 *et seq.,* alleging that the subject website, www.shmarinas.com, violates the ADA by not offering Plaintiff and all other blind and visually-impaired users access to its features.

    In his original Complaint, Plaintiff named Harbor Marinas, LLC as the defendant and owner of the website. However, Plaintiff has recently ascertained that the owner of the website is Safe Harbor Marinas, LLC ("Safe Harbor"). Therefore, on December 16, 2022, Plaintiff filed his Amended Complaint, naming Safe Harbor as defendant. Plaintiff is now attempting to serve Safe Harbor with the Amended Complaint.

    Plaintiff asks that the initial conference, and any mediation referral, be postponed to give Plaintiff adequate time to serve Defendant Safe Harbor.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                          Respectfully submitted,

                                          *s/ Mark Rozenberg*



        Mark Rozenberg, Esq.

Application granted.  Plaintiff's application to adjourn the initial pretrial conference is granted.  The pretrial conference is adjourned to February 17, 2023 at 3:00 p.m.  The joint letter and proposed case management plan described in the Court's September 20, 2022 order, Dkt. No. 6, are due no later than February 10, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated:  December 29, 2022

                                                                                _____
                                                                                  GREGORY H. WOODS
                                                                           United States District Judge